■ DOROTHY R. ROBINSON, Respondent, v SHERIFF OF COUNTY OF CAYUGA et al., Defendants, and CAYUGA COUNTY, Appellant. (Appeal No. 2.) [619 NYS2d 1016] —Appeal unanimously dismissed without costs *(see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988). (Appeal from Order of Supreme Court, Cayuga County, Wesley, J.—Partial Summary Judgment.) Present—Green, J. P., Pine, Fallon, Callahan and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY DONELL MARTIN, Appellant. [619 NYS2d 979] —Judgment unanimously affirmed. Memorandum: Although identification testimony of a prosecution witness was bolstered by testimony from a police investigator regarding a lineup *(see, People v Holt,* 67 NY2d 819, 821), the issue has not been preserved for review *(see,* CPL 470.05 [2]). Were we to reach the merits, we would conclude that the error is harmless in light of the overwhelming evidence of defendant's guilt *(see, People v Johnson,* 57 NY2d 969; *People v Lomack,* 174 AD2d 1037, *lv denied* 79 NY2d 829).

County Court did not abuse its discretion in precluding defendant's alibi witness from testifying. No notice of alibi had been filed; the record establishes that defendant knew the whereabouts of the alibi witness; and the People would have been prejudiced if forced to disprove the alibi defense without an opportunity to investigate it *(see, People v Brown,* 167 AD2d 847). (Appeal from Judgment of Monroe County Court, Marks, J.—Robbery, 1st Degree.) Present—Balio, J. P., Lawton, Wesley, Doerr and Boehm, JJ.